1
2
3
4
5

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

6

7

UNITED STATES OF AMERICA,                  )
                                           )
8              Plaintiff,                   )
                                           )
9          vs.                              )
                                           )        **06-37M**
10                                          )
ANGEL HURTADO-ARANJO,                      )
11                                          )
               Defendant.                   )        **MINUTE ORDER**
12

13          The following Minute Order is made at the direction of the Court, the Honorable

14   James P. Donohue, United States Magistrate Judge:

15

16          Counsel have requested a continuation of the Rule 5 Status hearing.  The request is

17   GRANTED.

18          The Rule 5 Status hearing is hereby continued to Friday, March 10, 2006 at 10:30am.

19   The hearing will be held before the Honorable Monica J. Benton, United States Magistrate Judge,

20   in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

21

22

23                          Dated this 16th day of February , 2006

24

25          /S/ PETER H. VOELKER
             Deputy Clerk

26   **MINUTE ORDER**